FILED'10 JAN 21 14:11USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEYLAN FRANKLIN KNAPP,

    Petitioner,

v.

FRANK THOMPSON,

    Respondent.

ORDER
Portland Division
Civil No. 07-1226-JE

HAGGERTY, District Judge:

    Magistrate Judge Jelderks referred to this court a Findings and Recommendation [48] in this matter. The Magistrate Judge recommends that the Petition for Writ of Habeas Corpus [2] be denied and dismissed with prejudice. No objections were filed, and the case was referred to this court.

1   - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation in its entirety.

## CONCLUSION

For the foregoing reasons, the court adopts the Findings and Recommendation [48]. Petitioner Keylan Franklin Knapp's Petition for Writ of Habeas Corpus [2] is DENIED and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 21 day of January, 2010.

                                                                Ancer L. Haggerty
                                                                United States District Judge